**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENTERPRISE LEASING COMPANY-WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JASWINDER SINGH, an individual; and JEREMY WATSON, an individual,<br><br>Defendants. | CASE NO.: 2:25-cv-01891-CDS-NJK<br>**ORDER GRANTING ASSOCIATION OF ATTORNEY AND NOTICE OF APPEARANCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Plaintiff Enterprise Leasing Company-West, LLC associates attorney Andrew B. Downs, Esq., Nevada Bar No. 8052, Clyde & Co US LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, andrew.downs@clydeco.us, 415-365-9800 as additional counsel in this matter. By this filing Mr. Downs appears as one of the attorneys for Plaintiff.

Dated: April 29,2026

CLYDE & CO US LLP

By:     /s/ Andrew B. Downs
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

Andrew B. Downs (NV Bar No. 8052)
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415-365-9800

*Attorneys for Plaintiff Enterprise Leasing Company-West, LLC*

**IT IS SO ORDERED**
Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -