# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENTERPRISE LEASING COMPANY-WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JASWINDER SINGH, an individual; and JEREMY WATSON, an individual,<br><br>Defendants. | CASE NO.: 2:25-cv-01891-CDS-NJK<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE CORRECT OPPOSITION IN CONNECTION WITH WATSON MOTION TO COMPEL** |

Plaintiff Enterprise Leasing Company – West, LLC ("Enterprise") and defendant and moving party (on ECF 35) Jeremy Watson ("Watson") stipulate as follows:

1.      Counsel for Enterprise has represented that due to a clerical error in counsel's office, Enterprise filed an early draft of its opposition to Watson's Renewed Motion to Compel, rather than the version which it intended to file.

2.      Attached is the Declaration of Andrew B. Downs explaining the

- 1 -

circumstances through which the incorrect opposition was filed. Attached to that Declaration as Exhibit 1 is the Opposition which Enterprise states it intended to file.

3. Enterprise and Watson stipulate to Enterprise being granted leave to file the intended opposition in place of the opposition which Enterprise filed in error as ECF 37.

4. Enterprise and Watson further stipulate that Watson may have 7 days from the date of the Order approving this Stipulation to file a replacement Reply in place of the Reply filed at ECF 38.

5. Counsel for Enterprise, Clyde & Co US LLP, and Watson have agreed that Clyde will reimburse Watson the reasonable cost of preparing the replacement Reply up to but not exceeding $6,000. In the event the parties are unable to agree upon the cost to be reimbursed, they will submit their dispute to the Court for resolution.

Dated: July 8, 2026                          CLYDE & CO US LLP


By:     /s/ Andrew B. Downs
        Amy M. Samberg (NV Bar No. 10212)
        Dylan P. Todd (NV Bar No. 10456)
        7251 W. Lake Mead Blvd., Suite 430
        Las Vegas NV  89128
        Telephone:  725-248-2900

        Andrew B. Downs (NV Bar No. 8052)
        150 California Street, 15th Floor
        San Francisco, CA 94111
        Telephone: 415-365-9800

        *Attorneys for Plaintiff Enterprise Leasing Company-West, LLC*

Dated: July 8, 2026                          CLEAR COUNSEL LAW GROUP


By:     /s/ Jared R. Richards* (*ABD e-mail auth.)
        Jared R. Richards (NV Bar No. 11254)
        Shea I. Billadeau (NV Bar No. 14481)
        1671 West Horizon Ridge Pkwy., Ste. 200
        Henderson, NV 89012
        Telephone: 702 476 5900

        *Attorneys for Defendant Jeremy Watson*

**<u>ORDER</u>**

Good cause appearing,

1.      Enterprise is granted leave to file the version of its Opposition attached to the Declaration of Andrew B. Downs as Exhibit 1 within 24 hours of the service of this Order.

2.      Jeremy Watson shall have 7 days following Enterprise's filing to file a new Reply brief if he so desires.

3.      Counsel for Enterprise, Clyde & Co US LLP, will reimburse counsel for Watson the reasonable cost of preparing a reply, not to exceed $6,000. In the event counsel cannot agree on the reasonable cost, the parties may move the court for an Order setting that cost.

IT IS SO ORDERED.

DATED: July 9, 2026

United States Magistrate Judge

- 3 -