UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Enterprise Leasing Company-West, LLC,

Plaintiff

v.

Jaswinder Singh, et al.,

Defendants

Case No. 2:25-cv-01891-CDS-NJK

**Order Discharging Show Cause and Dismissing Defendant Jeremy Watson**

In my September 16, 2026 order granting plaintiff Enterprise Leasing Company-West LLC's motion to dismiss defendant Jeremy Watson's counterclaim, I ordered Enterprise to show cause why Watson should not be dismissed for lack of ripeness. ECF No. 47 at 14, 15. I reasoned that there has been no assignment of rights from Singh, the tortfeasor, to Watson, so it is unclear how there is an actual case or controversy between Enterprise and Watson. *Id.* at 14. Enterprise timely filed a response, indicating that it does not object to the dismissal of Watson from the suit. ECF No. 49. As set forth in the order to show cause, ECF No. 47 at 14, and incorporated herein, all claims against Watson are dismissed for lack of ripeness.

It is hereby ordered that the show-cause order **[ECF No. 47] at 14 is discharged**.

It is further ordered that defendant Jeremy Watson is dismissed without prejudice for lack of ripeness. The Clerk of Court is kindly instructed to terminate Watson from the case.

Dated: October 9, 2026

Cristina D. Silva
United States District Judge