**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Enterprise Leasing Company-West, LLC,<br>Plaintiff,<br>v.<br>Jaswinder Singh,<br>Defendant. | Case No. 2:25-cv-01891-CDS-NJK<br>**Order**<br>[Docket No. 31] |

Pending before the Court is a motion for protective order filed by Plaintiff Enterprise Leasing Company-West, LLC. Docket No. 31. Plaintiff seeks a protective order as to certain of Defendant Jeremy Watson's proposed deposition topics. *Id*. On October 9, 2026, United States District Judge Cristina D. Silva dismissed Defendant Watson from the instant case. Docket No. 50.

Accordingly, the Court **DENIES** Plaintiff's motion for protective order as moot. Docket No. 31.

IT IS SO ORDERED.

Dated: October 13, 2026.

Nancy J. Koppe
United States Magistrate Judge